IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-201 |
| | ) | |
| STEVEN R. LAWNICZAK | ) | |
| | ) | |

**GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said district, submitting as follows:

Government counsel has reviewed the Presentence Investigation Report ("PIR") and discussed the contents with counsel for the defendant. The government has no objections to the PIR. However, in government counsel's discussions with defense counsel regarding restitution, defense counsel indicated that the attorney for victim "Angela" (see paragraph 66) is withdrawing her request for restitution, and that the attorney for "Casseaopeia" may do the same. Defense counsel has been unable to make contact with victim "Violet's" attorney. Prior to the date of sentencing, government counsel and defense counsel will continue to try to resolve these restitution issues.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


s/Shaun E. Sweeney
SHAUN E. SWEENEY
Assistant U.S. Attorney

U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Shaun.Sweeney@usdoj.gov
PA ID No. 53568