IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-201 |
| | ) | |
| STEVEN R. LAWNICZAK | ) | |

**POSITION OF DEFENDANT WITH
RESPECT TO SENTENCING FACTORS**

NOW COMES the defendant, Steven Lawniczak, by his attorney, Assistant Federal Public Defender Samantha L. Stern, and with respect to the above--captioned matter, represents the following:

Counsel for Mr. Lawniczak has conferred with Mr. Lawniczak, Assistant United States Attorney Shaun Sweeney, and United States Probation Officer Stacy Miller, about the Presentence Report ("PSR") and its contents.

Mr. Lawniczak has no objections to the contents of the PSR. However, as government explained in its position with respect to sentencing factors, *see* Doc. No. 36, the parties offer a correction and clarification with respect to restitution referenced in Paragraph 66 of the PSR. Specifically, the attorneys for the victims "Casseaopeia" and "Angela" have indicated to counsel that they are withdrawing their requests for restitution. Thus, the only outstanding restitution request referenced in the PSR is for the victim "Violet." Counsel is attempting to make contact with the remaining victim's attorney, and will

notify the government and the Court if the sole outstanding restitution request is resolved.

Respectfully submitted,

**s\ Samantha L. Stern**
Samantha L. Stern
Assistant Federal Public Defender
Western District of Pennsylvania
1500 Liberty Center
1001 Liberty Avenue
Pittsburgh, PA. 15222
Phone: (412) 644-6565
Fax: (412) 644-4594

2